UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

ALVARO MATIAS GROSSO,

Petitioner,

v.

U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT,

Respondent.

Case No.: 25-cv-3593-JES-BLM

**ORDER REGARDING SUPPLEMENTAL FILING**

**[ECF No. 6]**

On January 12, 2026, the Court denied Petitioner's petition for writ of habeas corpus, finding that the arguments Petitioner raised and the relief he sought is not cognizable on habeas relief. ECF No. 4. The Court is now in receipt of a supplement filing by Petitioner, dated December 31, 2025 but not filed on the docket until January 14, 2026. ECF No. 6. The Court has reviewed this supplemental filing, and does not find that warrants reconsideration of the Court's previous order. The case remains closed.

**IT IS SO ORDERED.**

Dated: January 14, 2026

Honorable James E. Simmons Jr.
United States District Judge

1