UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

ALVARO MATIAS GROSSO,

Petitioner,

v.

U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT,

Respondent.

Case No.: 3:25-cv-03593-JES-BLM

**ORDER DENYING AS MOOT MOTION FOR RECONSIDERATION**

**[ECF No. 9]**

Before the Court is Petitioner Alvaro Matias Grosso's Motion for Reconsideration. ECF No. 9. Since filing this motion for reconsideration, Petitioner has filed several other petitions before this Court: Case No. 26-cv-396-CAB-MMP, filed on January 22, 2026; Case No. 26-cv-1575-BAS-BLM, filed on March 12, 2026; and Case No. 26-cv-1982-JLS-JLB, filed on March 27, 2026.  The Court finds that the ground raised in the motion for reconsideration is now moot in light of the rulings of the Court in the aforementioned cases.

//

//

//

//

//

1

3:25-cv-03593-JES-BLM

Thus, the Court **DENIES** the motion for reconsideration as moot. The Clerk of the Court is directed to **CLOSE** this case.

**IT IS SO ORDERED.**

Dated: May 14, 2026

_____

Honorable James E. Simmons Jr.
United States District Judge

3:25-cv-03593-JES-BLM